| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Gregory J. Doan**<br>**635 Camino de los Mares, Suite 100**<br>**San Clemente, CA 92673**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>**ecf@doanlaw.com**<br>California State Bar Number: **165174**<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 24 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** pena **DEPUTY CLERK** |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**   **CHANGES MADE BY COURT** |
| In re:<br><br>**Larry LaVerne Wilson**<br>**Cynthia Ann Beasley-Wilson**<br><br>Debtor(s). | CASE NO.: **6:11-bk-27597**<br>CHAPTER: **7**<br><br>**ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required] |

**Creditor Name:**   Prime Business Service, LLC as Agents for Altura Credit Union
*(Insert name of creditor holding lien to be avoided)*

Pursuant to 11 U.S.C. § 522(f) and LBR 9013-1(o), Debtor(s) moved to avoid liens on personal property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with LBR 9013-1(o).

2. **Hearing Information:**

   a. ☒ No hearing is required: Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.

   b. ☐ A timely objection was received and a hearing was held as follows:

   (1) Date: _____   (2) Time: _____   (3) Courtroom: _____   (4) Judge: _____

   (5) The matter was: ☐ Contested ☐ Uncontested ☐ Settled by Stipulation ☐ Not Prosecuted

   (6) ☐ Debtor(s) present in court *(Name)*: _____

   (7) ☐ Attorney for Debtor(s) present in court *(Name)*: _____

   (8) ☐ Attorney for Lienholder present in court *(Name)*: _____

   (9) ☐ Other parties present as reflected in the court record: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: **12350 Marquette Court, Moreno Valley, CA  92557**

   b. Legal Description *(specify)*:    LOT:256 CITY:MORENO VALLEY TR#:12902-5 .18 ACRES IN LOT 256 MB 142/065 TR 12902-5 City/Muni/Twp: MORENO VALLEY

4. Recording information regarding lien to be avoided:
   a. Date of recordation of lien *(specify)*:  **8/10/2010**

   b. Recorder's instrument number or map/book/page number *(specify)*:  **2010-0374895**

5. ☐ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☐ The judicial lien is hereby declared void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ With Prejudice    ☒ Without Prejudice

   a. ☐ Insufficient notice

   b. ☐ Insufficient evidence of the exempt status of the property in question

   c. ☒ Other *(specify)*: **Improper Service, Movant did not comply with Local Bankruptcy Rule 4003-2(c)**

7. ☐ The court further orders as follows *(specify)*:    ☐ See attached page

*[Signature: Scott C Clarkson]*

DATED: August 24, 2011

United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**635 Camino de los Mares, Suite 100**
**San Clemente, CA 92673**

A true and correct copy of the foregoing document described as  **Order on Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **8/23/11**  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Attorney for Creditor:**
**D. Stephen Monson**
**6850 Brockton Ave, 210**
**Riverside, CA  92506**

**Prime Business Service, LLC**
**7130 Magnolia Ave, Ste P**
**Riverside, CA  92054**

**Altura Credit Union**
**Attn: Officer of the Bank**
**2847 Campus Parkway**
**Riverside, CA  92507**

**Honorable Judge Scott C. Clarkson**
**United States Bankruptcy Court - Central District**
**411 West Fourth Street, Suite 5130**
**Santa Ana, CA  92701-4593**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date **August 23, 2011**    Signature: /s/ KRISTEN ALYWARD

Printed Name: **KRISTEN ALYWARD**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* **ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY**) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **8/24/2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher R Barclay (TR)    crb.cmecf@crb7trustee.com, cbarclay@ecf.epiqsystems.com
- Gregory J Doan    ecf@doanlaw.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Larry LaVerne Wilson
Cynthia Ann Beasley-Wilson
12350 Marquette Ct.
Moreno Valley, CA 92557

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

D. Stephen Monson
6850 Brockton Ave, 210
Riverside, CA  92506

Prime Business Service, LLC
7130 Magnolia Ave, Ste P
Riverside, CA  92054

Altura Credit Union
Attn: Officer of the Bank
2847 Campus Parkway
Riverside, CA  92507

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 4                                    **F 4003-2.1.ORDER.RP**